UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OMNIPROPHIS CORP., d/b/a SCREENED IMAGES,

                      Plaintiff,

vs.

VANTEON CORP,

                      Defendants.
_____

6:23-cv-006617-FPG

**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION**

PLEASE TAKE NOTICE that, upon the Affidavit of Kathleen J. Martin, dated November 7, 2023, and the Petition of Alexander R. Zwillinger, dated November 3, 2023, a motion will be made before this Court on submission for an Order pursuant to Local Rule 83.1(i), for admission of Alexander R. Zwillinger *pro hac vice* to this Court, and for such other and further relief as the Court may deem just and proper.

Dated:  November 7, 2023

                                            GOLDBERG SEGALLA LLP
                                            */s/Kathleen J. Martin*
                                            Kathleen J. Martin
                                            *Attorneys for Plaintiff*
                                            665 Main Street
                                            Buffalo, New York 14203
                                            (716) 566-5400
                                            kmartin@goldbergsegalla.com