UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OmniProphis Corp.<br>d/b/a Screened Images | : | Civil Action No.: 6:23-cv-06617-FPG |
| | : | |
| | : | **PETITION OF ALEXANDER R.** |
| Plaintiff, | : | **ZWILLINGER ESQ.  FOR ADMISSION** |
| | : | *PRO HAC VICE* |
| v. | : | |
| | : | |
| Vanteon Corp., | | |

Defendant.

TO THE HONORABLE ELIZABETH A. WOLFORD, JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

**Alexander R. Zwillinger, Esq.**, petitioner herein, respectfully states:

1.       I Alexander R. Zwillinger, Esq. am an attorney with Kenney & Sams, P.C. at

144 Turnpike Road, Southborough, Massachusetts and submit this Petition seeking admission

*pro hac vice* to represent my client, OmniProphis Corp., in the above-captioned matter.

2.       I have an office for the practice of law at: 144 Turnpike Road, Southborough,

Massachusetts 01772.

3.       I have attended the following educational institutions, and have received the

following degrees:

Undergraduate – Tufts University – 2009

Law – Maurice A. Deane School of Law at Hofstra – 2012.

4.       I am currently an attorney admitted to practice in the State(s) of Massachusetts,

and am a member in good standing of the Massachusetts Bar.

5.       I am also admitted to practice in the following courts and jurisdictions:

- ***U.S. District Court, Massachusetts***

27577264.v1

6.     Since such admissions, I have practiced in the following Courts:

- Commonwealth of Massachusetts

- U.S. District Court, Massachusetts

7.     Since such admissions, I have been involved in the following professional activities:

- Boston Bar Association

8.     That petitioner or the petitioner's client (in a case in which I have represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is he the subject of any pending complaint before any court.

9.     The petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

10.     I submit herewith the following completed documents as required by this Court's rules for *pro hac vice* admission:

    a.    Attorney's Oath, dated November 3, 2023;

    b.    Civility Principles Oath of Office, dated November 3, 2023; and

    c.    Attorney Database & Electronic Case Filing Registration Form, dated November 3, 2023.

    d.    Petition for Admission dated November 3, 2023.

WHEREFORE, the petitioner respectfully requests to be admitted as an attorney *pro hac vice* in the United States District Court for the Western District of New York in the above-captioned matter.

I verify under penalty of perjury that the foregoing is true and correct.

Alexander R. Zwillinger, Esq.

Sworn to before me this 3rd day of November, 2023

Notary Public:  Tracy Burke
My Commission Expires:  5/29/2026

Tracy Burke
Notary Public
COMMONW... H OF MASSACHUSETTS
My Commission Expires
May 29, 2026