UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF Massachusetts )
) SS:
Worcester COUNTY )

I, Michael P. Sams of Southborough, MA
                                                            City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 3rd day of November 2023.

_____
Notary Public

Tracy Burke
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 29, 2026

Rev. 2/2000