UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OMNIPROPHIS CORP., d/b/a
SCREENED IMAGES,

                     Plaintiff,

                                                       Case # 23-CV-006617-FPG

v.

                                                        ORDER

VANTEON CORP,

                     Defendant.
_____

      Plaintiff OmniProphis Corp. has moved to have attorney Alexander R. Zwillinger admitted to this Court *pro hac vice,* in order to appear in this action.  The required admission fees have been paid to the Clerk of Court.  After reviewing the application of Mr. Zwillinger, which is sponsored by Kathleen J. Martin, a member of this Court's bar, it is hereby

      ORDERED, that the application of Alexander R. Zwillinger to be admitted *pro hac vice* to this Court is GRANTED for the purpose of representing Plaintiff in this action.

      IT IS SO ORDERED.

Dated: November 9, 2023
       Rochester, New York

                                                _____
                                                HON. FRANK P. GERACI, JR.
                                                United States District Judge
                                                Western District of New York